## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-50693-JEH |
| | § | |
| BYRD, GEORGE WARREN | § | Chapter 7 |
| | § | |
| | § | Judge: Hoffman |
| Debtor. | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.68 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Rumpke Consolidated Co.<br>10795 Hughes Rd<br>Cincinnati, OH 45251 | 5 | 3.68 |

Dated:  November 2, 2011         /s/ Larry J. McClatchey
                                 Larry J. McClatchey, Trustee   (0012191)
                                 65 East State Street, Suite 1800
                                 Columbus, Ohio 43215
                                 614/462-5400
                                 Facsimile:  614/464-2634
                                 lmcclatchey@keglerbrown.com

cc:    U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 42315
       Rumpke Consolidated Co., 10795 Hughes Rd, Cincinnati, OH 45251